COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Charlie Thomas Chevrolet, Ltd d/b/a Champion Chevrolet Gulf
Freeway v. Genaro Martinez

Appellate case number:  01-17-00830-CV

Trial court case number:  2012-27666

Trial court:  164th District Court of Harris County

A response to appellee's motion for rehearing, motion for en banc reconsideration, and request for oral argument is requested. Any response shall be filed within twenty-one days of the date of this order.

Judge's signature:  ___/s/ Richard Hightower___
☐ Acting individually  ☑ Acting for the Court

Date: October 1, 2019